Brian W. Hendrickson, SBA No. 002799
Deborah S. Hendrickson, SBA No. 013655
**HENDRICKSON & ASSOCIATES**
2033 E. Warner Road, Suite 104
Tempe, Arizona 85284
Tel (480) 345-7500
Fax (480) 345-6406
Attorneys for Debtor



FILED FROM OVERNIGHT BOX

DEC 21 2001

KEVIN E. O'BRIEN
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | Case No. 01-16777-PCT-SSC |
|---|---|
| KENNETH S. BEINLICH, | Chapter 13 |
| Debtor. | DECLARATION RE: ELECTRONIC FILING |

Kenneth S. Beinlich, the undersigned, hereby declares under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending the petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules and statements have been filed electronically but, in no event, no later than five (5) calendar days after the schedules and statements are filed. I understand that failure to file the signed original DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. §707(a)(3) without further notice.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available under

-1-

each such chapter, and chose to proceed under chapter 13. I request relief in accordance with the chapter specified in the petition.

DATED this 19th day of December, 2001.

_____
KENNETH S. BEINLICH

PART II – DECLARATION OF ATTORNEY

I declare as follows: The debtor(s) will have signed this form before I submit my petition, schedules and statements. I will give the debtor(s) copy of all forms and information to be filed with the United States Bankruptcy Court and have complied with all other requirements in the most recent Interim Operation Order. If an individual, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, 13 of Title 11, United States code, and have explained the relief available under each such chapter.

DATED this 20th day of December, 2001.

HENDRICKSON & ASSOCIATES

By: _____
Brian W. Hendrickson
Attorney for Debtor

-2-